KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MELVIN KORNBERG, | ) | 2:11-cv-02038-RCJ-CWH |
| Plaintiff, | ) | |
| vs. | ) | |
| ARAMARK CORPORATION, | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a)(1)(A)(ii), by and between the Plaintiff, MELVIN KORNBERG, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, ARAMARK CORPORATION, represented by and through its undersigned counsel, KATHRYN M. NAZARIAN, ESQ., of the firm of Morgan Lewis & Bockius, LLP, that the complaint shall be dismissed with prejudice and each side shall bear its own attorney's fees and costs.

| | |
|---|---|
| /s/Kirk T. Kennedy | /s/Kathryn M. Nazarian |
| KIRK T. KENNEDY, ESQ. | KATHRYN M. NAZARIAN |
| Nevada Bar No: 5032 | California Bar No: 259392 |
| 815 S. Casino Center Blvd. | Morgan Lewis & Bockius, LLP |
| Las Vegas, NV 89101 | One Market, Spear Street Tower |
| (702) 385-5534 | San Francisco, CA 94105-1126 |
| Attorney for Plaintiff | (415) 442-1000 |
| | Attorney for Defendant |
| | Admitted Pro Hac Vice |
| Dated: 04/02/12 | Dated: 04/02/12 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

IT IS SO ORDERED,

Dated this ___ day of April, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -